IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones, Gloria

Printed: 11/13/07

Case Number: 07 B 04736
Judge: Squires, John H
Filed: 3/17/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 3, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 454.00 |  |
| Secured: |  | 429.48 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 24.52 |
| Other Funds: |  | 0.00 |
| Totals: | 454.00 | 454.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Bennie W Fernandez | Administrative | 2,523.00 | 0.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Loan Servicing Center | Secured | 0.00 | 0.00 |
| 4. | DaimlerChrysler Servs North America | Secured | 5,095.74 | 429.48 |
| 5. | Wells Fargo Home Mortgage | Secured | 1,742.69 | 0.00 |
| 6. | Loan Servicing Center | Secured | 48,336.33 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 0.00 | 0.00 |
| 8. | Bank Of America | Unsecured | 0.00 | 0.00 |
| 9. | DaimlerChrysler Servs North America | Unsecured | 0.00 | 0.00 |
| 10. | World Financial Network Nat'l | Unsecured | 0.00 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 0.00 | 0.00 |
| 12. | World Financial Network Nat'l | Unsecured | 0.00 | 0.00 |
| 13. | World Financial Network Nat'l | Unsecured | 0.00 | 0.00 |
| 14. | Chase Bank | Unsecured | 22.54 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 144.27 | 0.00 |
| 16. | LVNV Funding | Unsecured | 20.04 | 0.00 |
| 17. | World Financial Network Nat'l | Unsecured | 0.00 | 0.00 |
| 18. | Portfolio Recovery Associates | Unsecured | 28.12 | 0.00 |
| 19. | Chicago Patrolmen's Fed Credit Union | Unsecured |  | No Claim Filed |
| 20. | Capital One | Unsecured |  | No Claim Filed |
| 21. | Newport News | Unsecured |  | No Claim Filed |
| 22. | Hsbc Nv | Unsecured |  | No Claim Filed |
| 23. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 24. | Providian Financial | Unsecured |  | No Claim Filed |
| 25. | Peoples Energy Corp | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Jones, Gloria | Case Number: 07 B 04736 |
|---|---|
| | Judge: Squires, John H |
| Printed: 11/13/07 | Filed: 3/17/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Radio Shack | Unsecured | | No Claim Filed |
| 27. | Bank Of America | Unsecured | | No Claim Filed |
| 28. | Credit Collection | Unsecured | | No Claim Filed |
| 29. | Blazer Financial Services Inc | Unsecured | | No Claim Filed |
| 30. | WF FNB/VS | Unsecured | | No Claim Filed |
| 31. | WF FNB/VS | Unsecured | | No Claim Filed |
| 32. | WF FNB/VS | Unsecured | | No Claim Filed |
| 33. | Portfolio Recovery Associates | Unsecured | | No Claim Filed |
| 34. | Wfnnb/The Avenue | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 57,912.73 | $ 429.48 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 24.52 |
| | _____ |
| | $ 24.52 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_